**Charles POINTER, Appellant,**

v.

**ST. LOUIS COUNTY SPECIAL
SCHOOL DISTRICT,
Appellee.**

No. 02–1166EM.

United States Court of Appeals,
Eighth Circuit.

Submitted June 17, 2002.

Decided June 27, 2002.

Before WOLLMAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Charles Pointer brought this action for race discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. He alleged that he was terminated

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

from his position as a substitute teacher on account of his race. The defendant, the Special School District of St. Louis County, moved for summary judgment. The District Court granted this motion.[1] The Court determined that Mr. Pointer failed to establish a prima facie case of race discrimination. The Court stated further that even if Mr. Pointer had presented sufficient evidence to support a prima facie case of racial discrimination, he had failed to create a genuine issue of material fact with regard to pretext under the burden-shifting framework set forth in *McDonnell Douglas v. Green*, 411 U.S. 792, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973). Because the District Court provided a thorough analysis of the claim alleged and the facts presented, an extended discussion is not necessary. We agree and affirm the District Court's decision. See 8th Cir. R. 47B.

---

1. The Hon. E. Richard Webber, United States District Judge for the Eastern District of Missouri.